UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

JULY 28, 2025
CAMDEN OFFICE                          DATE OF PROCEEDINGS
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell
Other: Matthew Weber, U.S. Probation Officer.    Docket # 19-cr-00716-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA

      v.

AARON JONES
    DEFENDANT PRESENT.

APPEARANCES:
R. David Walk, AUSA.
James P. Maguire, AFPD for Defendant.

NATURE OF PROCEEDINGS: INITIAL APPEARANCE ON AMENDED VIOLATION
SUPERVISED RELEASE PETITION

Initial appearance on [235] Amended Petition for Violation of Supervised Release;
Defendant advised of rights, charges and penalties.
Defendant waives formal reading of petition.
PLEA: Not Guilty
Hearing on joint application by counsel for a continuance; Ordered application Granted.
Final hearing set for Wednesday, October 1, 2025 at 2:00 p.m.
Ordered all terms of supervision previously imposed are continued.

Time commenced: 2:10 p.m.
Time Adjourned:   2:14 p.m.
Total Time: 04 min.

                    /s/ *GN*
                    DEPUTY CLERK